UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALLDREDGE,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL SECURITY AGENCY,<br><br>    Defendant. | Case No. 15-cv-3638-TEH<br><br>ORDER OF DISMISSAL |

In a notice dated August 28, 2015, the Clerk of the Court directed Plaintiff to complete an in forma pauperis (IFP) application, and told him that he must provide this document within twenty-eight days or his action would be dismissed.[1]  The Clerk sent Plaintiff a prisoner IFP application.  More than twenty-eight days have passed, and Plaintiff has not filed the necessary document.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: 10/05/2015

                                  THELTON E. HENDERSON
                                  United States District Judge

G:\PRO-SE\TEH\CR.15\Alldredge3638.dis-ifp.docx

---

[1] Plaintiff failed to provide a certificate of funds completed and signed by an authorized officer at his facility.