UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALLDREDGE,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL SECURITY AGENCY,<br><br>        Defendant. | Case No.  15-cv-3638-TEH<br><br>ORDER REOPENING CASE |

   This pro se action was dismissed without prejudice due to Plaintiff's failure to pay the filing fee or submit a motion to proceed in forma pauperis.  Plaintiff has now submitted a completed in forma pauperis application.  The Order of Dismissal (Docket No. 10) is VACATED and this case is REOPENED.  The Court will conduct an initial review in a separate order.

   IT IS SO ORDERED.

Dated: 10/22/2015

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.15\Alldredge3638.reopen.docx